FILED

01/05/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0341

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0341

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                    O R D E R

RICHARD WAYNE SPARKS,

     Defendant and Appellant.

_____

After Appellant Richard Wayne Sparks requested that this Court expedite consideration of this appeal, we set a briefing schedule in which he was directed to file and serve his opening brief on or before December 28, 2022. We further ordered that this Court would not entertain any motions for extension of time. Sparks has not filed his opening brief and it is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than February 6, 2023. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

IT IS FURTHER ORDERED that the briefing schedule is VACATED. The answer and reply briefs shall be due in accordance with M. R. App. P. 13(1).

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 5 2023